UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

SCOTT KELLY HANSEN,                    )        CASE NO.  3:09 CV 0117
                                       )
              Petitioner,              )        JUDGE DAN AARON POLSTER
                                       )
       v.                              )
                                       )
                                       )
TERRY COLLINS, DIRECTOR OHIO           )        JUDGMENT ENTRY
       DEPT.  CORRECTIONS,             )
                                       )
              Respondent.              )


       This Court having contemporaneously filed its Memorandum of Opinion in this case,

it is therefore ORDERED that this action is dismissed pursuant to 28 U.S.C. § 2243. Further, the

Court CERTIFIES pursuant to 28 U.S.C. §1915(a) that an appeal from this decision could not be

taken in good faith.


                                        /s/Dan Aaron Polster 5/11/09
                                       DAN AARON POLSTER
                                       UNITED STATES DISTRICT JUDGE